IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JARVIS R. BURNS,  )
      Plaintiff,  )
)  C.A. No. 22-335 Erie
)
v.  )  District Judge Susan Paradise Baxter
)  Chief Magistrate Judge Richard Lanzillo
AMERIFINANCIAL SOLUTIONS, et al.,  )
      Defendants.  )

## MEMORANDUM ORDER

Plaintiff Jarvis R. Burns, Jr., an inmate incarcerated at the Federal Correctional Institution art McKean in Bradford, Pennsylvania ("FCI-McKean"), initiated this action in the Court of Common Pleas of Erie County, Pennsylvania, by filing a *pro se* complaint against Defendants Amerifinancial Solutions ("Amerifinancial"), Kay Jewelers, and Nationwide Recovery Systems ("Nationwide"). The action was subsequently removed to this Court pursuant to a Notice of Removal dated November 2, 2022. [ECF No. 1]. This matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Defendants Kay Jewelers and Nationwide were previously dismissed from this case [ECF Nos. 14, 27], leaving Amerifinancial as the only remaining Defendant. On July 3, 2024, Defendant Amerifinancial filed a motion for summary judgment [ECF No. 24], and according to this Court's Case Management Order [ECF No. 15], Plaintiff's response to said motion was due to be filed by August 2, 2024. After Plaintiff failed to file a response, Chief Magistrate Judge

Lanzillo issued a show cause order directing Plaintiff to explain his failure to respond to Defendants' motion as required, or to simply file a response, by September 13, 2024 [ECF No. 28]. The show cause order further stated that Plaintiff's failure to comply with the order would be construed as indicating Plaintiff's decision to not continue prosecution of this case.

As a result of Plaintiff's failure to comply with his show cause order, Judge Lanzillo issued a Report and Recommendation ("R&R") on November 12, 2024, recommending dismissal of this case for Plaintiff's failure to prosecute [ECF No. 29]. Objections to the R&R were due from Plaintiff by November 29, 2024; however, Plaintiff has failed to file any objections to date.

After de novo review of the documents in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 16th day of December, 2024;

IT IS HEREBY ORDERED that this case is DISMISSED for Plaintiff's failure to prosecute, and Defendant Amerifinancial's motion for summary judgment [ECF No. 24] is DISMISSED as moot. The report and recommendation of Chief Magistrate Judge Lanzillo, issued November 12, 2024 [ECF No. 29] is adopted as the opinion of the court.

The Clerk is directed to mark this case CLOSED.

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
Chief U.S. Magistrate Judge

All parties of record